RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
WENDI L. OVERMYER
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
wendi_overmyer@fd.org

Attorney for Banu Chowdhury

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BANU CHOWDHURY,<br><br>    Defendant. | Case No. 3:14-CR-00077-RCJ-VPC<br><br>**MOTION FOR RETURN OF PASSPORT** |

Comes now the defendant, Banu Chowdhury, through counsel, Rene L. Valladares, Federal Public Defender, and Wendi L. Overmyer, Assistant Federal Public Defender, attorney of record, and requests this Court issue an order to Pretrial Services for the return of his passport to Mr. Chowdhury's wife, Fatima Chowdhury.

During Mr. Chowdhury's bond, Pretrial Services retained his passport and will return it to the U.S. State Department unless this Court orders return of the passport to Mr. Chowdhury's wife.

Mr. Chowdhury self-surrendered to BOP custody on Monday, August 8, 2016, and is presently housed at USP Lompoc, in California, serving his 24-month sentence in this case. His estimated release date is April 29, 2018. Because he is no longer on bond, Mr. Chowdhury

1 respectfully asks this Court to issue an order for return of his passport from pretrial services to
2 his wife.
3     DATED this 11 of August, 2016.

                                             RENE L. VALLADARES
                                             Federal Public Defender

                                By:  */s/ Wendi L. Overmyer*
                                             WENDI L. OVERMYER
                                             Assistant Federal Public Defender
                                             Attorney for Banu Chowdhury

10 IT IS SO ORDERED: that the United States Pretrial Services release and return the
11 passport of Banu Chowdhury to his wife, Fatima Chowdhury.
12 Dated this __ 23rd __ day of August, 2016.

                                       By: _____
                                             UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on August 11, 2016, she served an electronic copy of the above and foregoing Motion for Return of Passport by electronic service (ECF) to the person named below:

>DANIEL G. BOGDEN
>United States Attorney
>MEGAN RACHOW
>Assistant United States Attorney
>501 Las Vegas Blvd. South
>Suite 1100
>Las Vegas, NV 89101

*/s/ Nancy Vasquez*
Employee of the Federal Public Defender

3